

FILED

APR - 8 2014

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

DOREK EMANUEL HAYES, #1430524,

   Petitioner,

v.             ACTION NO. 2:13CV380

HAROLD CLARKE,

   Respondent.

## FINAL ORDER

  This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner seeks a writ of habeas corpus alleging errors underlying a state conviction in the Virginia Beach Circuit Court for which he is currently serving an active sentence of five years in prison, with another five suspended.

  The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Report and Recommendation filed February 25, 2014 recommends dismissal of the petition. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On March 12, 2014, the Court received petitioner's Objections to the Report and Recommendation. The respondent filed no response to the objections and the time for responding has now expired.

  The Court, having reviewed the record and examined the objections filed by petitioner to the Report and Recommendation, and having made <u>de novo</u> findings with respect to the portions

1

objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed February 25, 2014. It is, therefore, ORDERED that Respondent's Motion to Dismiss be GRANTED and the Petitioner's petition be DENIED and DISMISSED with prejudice.

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and counsel of record for respondent.

RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

June 7 , 2014